**Order entered December 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00484-CR

### SHAUN PAUL MURRAY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-80483-2012**

## ORDER

The Court **REINSTATES** the appeal.

On October 17, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On December 16, 2013, we received appellant's brief together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the October 17, 2013 order requiring findings.

We **GRANT** the December 16, 2013 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     LANA MYERS
        JUSTICE